No. 04–542. ANGLE, NEVADA STATE ASSEMBLY MEMBER, ET AL. *v.* LEGISLATURE OF THE STATE OF NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–555. LIGHTHOUSE INSTITUTE FOR EVANGELISM, INC., ET AL. *v.* CITY OF LONG BRANCH, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–561. S. L. *v.* PRINCE WILLIAM COUNTY SCHOOL BOARD. C. A. 4th Cir. Certiorari denied.

No. 04–590. CLAUDIO-GOTAY ET AL. *v.* BECTON DICKINSON CARIBE, LTD., ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–595. MCNICHOLL *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 04–598. FOGERTY ET AL. *v.* MGM GROUP HOLDINGS CORP., INC., DBA MGM UNIVERSAL MUSIC GROUP, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–658. MCINERNEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–665. PHONECARDS R US, INC., ET AL. *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari denied.

No. 04–666. WASHINGTON WATER JET WORKERS ASSN. ET AL. *v.* YARBROUGH, IN HIS OFFICIAL CAPACITY AS THE ADMINISTRATOR OF THE DIVISION OF CORRECTIONAL INDUSTRIES, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 04–667. WHITE-BATTLE *v.* DEMOCRATIC PARTY OF VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 04–672. SANK *v.* CITY UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–675. DETROIT INTERNATIONAL BRIDGE CO. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.